Case 3:16-cv-00312   Document 17   Filed in TXSD on 02/03/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 03, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CLYDE P. WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-312 |
| | § | |
| CITIMORTGAGE, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice. Dkt. 16. Upon consideration of the joint stipulation, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

It is hereby **ORDERED** that any and all claims, causes of action, and requests for affirmative relief asserted or requested by Plaintiff Clyde P. Williams against Defendant CityMortgage, Inc. are hereby **Dismissed with prejudice**.

It is further **ORDERED** that all costs are taxed against the party incurring the same. This Order disposes of all claims, motions, and parties.

This is a **Final Judgment**.

SIGNED at Galveston, Texas, this 3rd day of February, 2017.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge